AO 247 (02/08) Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the
_____Western_____ District of _____Virginia_____

CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
RKJ
MAR 17 2008
JOHN F. CORCORAN, CLERK
BY: HMcDonald
DEPUTY CLERK

| United States of America | ) |
|---|---|
| v. | ) |
| Yolanda Yvonne Hawkins | ) Case No: 7:02CR00111-001 |
| | ) USM No: 09581-084 |
| Date of Previous Judgment: October 17, 2003 | ) |
| (Use Date of Last Amended Judgment if Applicable) | ) Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☒ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____96 months_____ months **is reduced to** _____(see comments)_____.

### I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)
| | | | |
|---|---|---|---|
| Previous Offense Level: | 27 | Amended Offense Level: | 23 |
| Criminal History Category: | III | Criminal History Category: | III |
| Previous Guideline Range: | 87 to 108 months | Amended Guideline Range: | 57 to 71 months |

### II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE
☒ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

### III. ADDITIONAL COMMENTS
Amended Sentence: 66 months OR time served, whichever is longer.

This is an unusual case where the multiple drug conversions to marijuana equivalencies under the amended guideline result in a 4-level decrease in the base offense level.

Except as provided above, all provisions of the judgment dated _____10/17/2003_____ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 3-17-08

Effective Date: ~~3/13/08~~ 3-17-08
(if different from order date)

_____
Judge's signature

Jackson L. Kiser, Senior United States District Judge
Printed name and title